UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2419

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 09, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS LIABILITY
LITIGATION         MDL No. 2419

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MA | 1 | 13–12015 | CAC | 2 | 13–05446 | Dawn Younani v. New England Compounding Pharmacy Inc et al |
| MA | 1 | 14–12328 | CAE | 2 | 14–01183 | Tashima et al v. New England Compounding Pharmacy, Inc., et al |
| MA | 1 | 14–14669 | INN | 3 | 14–01770 | Hancock et al v. UniFirst Corporation et al |
| MA | 1 | 14–13739 | INN | 3 | 14–01878 | Hosea et al v. UniFirst Corporation et al |
| MA | 1 | 14–13548 | INS | 1 | 14–01203 | BIRGE et al v. UNIFIRST CORPORATION et al |
| MA | 1 | 14–14668 | INS | 3 | 14–00112 | GRIGGS v. UNIFIRST CORPORATION et al |
| MA | 1 | 15–10280 | INS | 3 | 14–00119 | ALLEN v. ANONYMOUS HEALTH CARE PROVIDERS 1–8 |
| MA | 1 | 13–10404 | NJ | 1 | 12–07176 | MARKO et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10406 | NJ | 1 | 12–07179 | PENNINGTON v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10407 | NJ | 1 | 12–07180 | HANNAH v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10408 | NJ | 1 | 12–07711 | LEAVERTON, ET AL. v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10409 | NJ | 1 | 12–07712 | JONES v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10411 | NJ | 1 | 12–07714 | RIOS et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10413 | NJ | 1 | 12–07716 | TOLOTTI et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10414 | NJ | 1 | 12–07717 | TAYVINSKY et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10441 | NJ | 1 | 12–07718 | ZAVACKI v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10442 | NJ | 1 | 12–07724 | LETIZIA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10444 | NJ | 1 | 12–07725 | GOULD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10446 | NJ | 1 | 13–00274 | TISA et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–10447 | NJ | 1 | 13–00291 | NORMAND et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–11233 | NJ | 1 | 13–02568 | EFFENDIAN v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 13–11167 | NJ | 1 | 13–02675 | DEVILLI et al v. AMERIDOSE, LLC et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| MA | 1 | 14–11822 | NJ | 1 | 14–01958 | CHAMBERS v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 14–11821 | NJ | 1 | 14–01959 | SNEAD et al v. NEW ENGLAND COMPOUNDING PHARMACY, INC. et al |
| MA | 1 | 14–13599 | NJ | 1 | 14–04908 | BANE et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13601 | NJ | 1 | 14–05225 | FISHER v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13904 | NJ | 1 | 14–05880 | BOLTON et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13905 | NJ | 1 | 14–05881 | ASKINS et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13907 | NJ | 1 | 14–05882 | JONES et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13908 | NJ | 1 | 14–05883 | WARFLE et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13909 | NJ | 1 | 14–05884 | CAMPBELL v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13910 | NJ | 1 | 14–05885 | AKERS et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13914 | NJ | 1 | 14–05886 | SCHWAB et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13911 | NJ | 1 | 14–05887 | MCCOY et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13913 | NJ | 1 | 14–05888 | GOFF v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13915 | NJ | 1 | 14–05889 | ROAGERS v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13916 | NJ | 1 | 14–05890 | CAMPBELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13945 | NJ | 1 | 14–05891 | HERMENS et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13943 | NJ | 1 | 14–05900 | RIVERA v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13946 | NJ | 1 | 14–05902 | BAIRD v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13949 | NJ | 1 | 14–05903 | GONZALEZ v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13951 | NJ | 1 | 14–05904 | HOLLYWOOD et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| MA | 1 | 14–13952 | NJ | 1 | 14–05909 | STECH v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13953 | NJ | 1 | 14–05924 | STYLES et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13954 | NJ | 1 | 14–05926 | TROUT et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13955 | NJ | 1 | 14–05927 | HOWERTON et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13957 | NJ | 1 | 14–05930 | RAMOS v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–14084 | NJ | 1 | 14–06478 | GARCIA et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–14086 | NJ | 1 | 14–06479 | ESPOSTI et al v. CADDEN et al |
| MA | 1 | 14–13163 | NJ | 2 | 14–04406 | BAZIKOS v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13164 | NJ | 2 | 14–04407 | DERSCH v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13165 | NJ | 2 | 14–04408 | WEST v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13555 | NJ | 2 | 14–04904 | SHANON et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC. et al |
| MA | 1 | 14–13958 | NJ | 2 | 14–05857 | BURRELL et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13959 | NJ | 2 | 14–05858 | SANTIAGO et al v. INSPIRA HEALTH NETWORK, INC. et al |
| MA | 1 | 14–13960 | NJ | 2 | 14–05868 | KIRBY et al v. PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC et al |
| MA | 1 | 14–13961 | NJ | 2 | 14–05870 | MORELL v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–13962 | NJ | 2 | 14–05872 | BACIGALUPO et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–14152 | NJ | 2 | 14–06487 | MCBRIDE et al v. PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC et al |
| MA | 1 | 14–10362 | NV | 2 | 13–01910 | Eldreth v. Sunrise Hospital and Medical Center, LLC et al |
| MA | 1 | 14–10432 | OHS | 1 | 13–00655 | Witt et al v. Cincinnati Pain Management Consultants, Inc. et al |
| MA | 1 | 14–10430 | TNE | 3 | 14–00035 | Daugherty v. Total Healthcare Consultants, PLLC et al |
| MA | 1 | 14–10373 | TXN | 3 | 13–04949 | Henley v. UniFirst Corporation et al |

Case 3:14-cv-06479-JK Document 1 Filed 10/09/14 Page 4 of 4