MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
JOHN F. BEMIS, ESQ.
Nevada Bar No. 9509
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
mprangle@hpslaw.com
jbemis@hpslaw.com
*Attorneys for Defendant*
*Sunrise Hospital & Medical Center, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATRINA ELDRETH,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL & MEDICAL CENTER, LLC, *et al.,*<br><br>Defendants. | CASE NO.: 2:13-CV-01910-RCJ-NJK |

### STIPULATION AND ORDER TO DISMISS DEFENDANT SUNRISE HOSPITAL & MEDICAL CENTER, LLC WITH PREJUDICE

COMES NOW, Plaintiff, KATRINA ELDRETH, by and through her counsel of record, PETER WETHERALL, ESQ. and LAUREN DAVIS, ESQ., and Defendant, SUNRISE HOSPITAL & MEDIAL CENTER, LLC, by and through its counsel of record, JOHN F. BEMIS, ESQ., and hereby stipulates and agrees as follows:

1. Defendant, SUNRISE HOSPITAL & MEDICAL CENTER, LLC, may be dismissed, with prejudice, from the instant litigation in case 2:13-CV-01910-RCJ-NJK, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 18th day of December, 2017.   DATED this 18th day of December, 2017.

*/s/: John Bemis, Esq.*   */s/: Lauren Davis, Esq.*

MICHAEL E. PRANGLE, ESQ.   Peter C. Wetherall
Nevada Bar No. 8619   Wetherall Group, Ltd.
JOHN F. BEMIS, ESQ.   9345 West Sunset Road, Suite 100
Nevada Bar No. 9509   Las Vegas, NV 89148
HALL PRANGLE & SCHOONVELD, LLC   -and-
1160 N. Town Center Dr., Ste. 200   John C. Thornton, Esq. (Pro Hac)
Las Vegas, NV 89144   Anne Andrews, Esq. (Pro Hac)
*Attorneys for Defendant*   Lauren Davis, Esq. (Pro Hac)
*Sunrise Hospital & Medical Center, LLC*   2 Corporate Park #110
　　Irvine, CA 926062001
*Attorneys for Plaintiff Katrina Eldreth*

**ORDER**

**IT IS SO ORDERED.**

1. Defendant, SUNRISE HOSPITAL & MEDICAL CENTER, LLC, may be dismissed, with prejudice, from the instant litigation in case 2:13-CV-01910-RCJ-NJK, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED on this 19th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

*Respectfully Submitted by:*

*/s/: John Bemis, Esq.*

MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
JOHN F. BEMIS, ESQ.
Nevada Bar No. 9509
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
*Attorneys for Defendant*
*Sunrise Hospital & Medical Center, LLC*